FRANCIS FOERSTER, Appellant, *v.* ANTON EILERS, Respondent.

*Foerster* v. *Eilers*, 140 App. Div. 893, affirmed.
(Argued January 16, 1912; decided February 2, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 7, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain the obstruction of an alleged right of way.

*Benjamin Trapnell* and *Joseph A. Flannery* for appellant.

*William W. Gillen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.